**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>RAYMOND HARVEY LOPEZ<br>JILL M LOPEZ<br>    Debtor(s) | Case No. 09-38266 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2009.

2) The plan was confirmed on 12/03/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/30/2012.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $53,482.00.

10) Amount of unsecured claims discharged without payment: $34,686.01.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,136.56 |
| Less amount refunded to debtor | $336.56 |

**NET RECEIPTS:** $10,800.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $585.91 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,785.91

Attorney fees paid and disclosed by debtor: $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIS SVC LLC | Unsecured | 1,200.00 | 1,025.80 | 1,025.80 | 277.29 | 0.00 |
| ASSOCIATED CARDIOVASCULAR PH | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| BANCO POPULAR | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| BRIDGEVIEW FIRE DEPT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CARRIAGE PLACE CONDO ASSOC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CIGPF I CORP | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 110,600.00 | 110,159.49 | 110,159.49 | 0.00 | 0.00 |
| CITZENS BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CURT R LANG DDS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 7,000.00 | 6,970.72 | 6,970.72 | 1,889.97 | 0.00 |
| EAR NOSE AND THROAT ASSOC SC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 7,400.00 | 7,279.35 | 7,279.35 | 1,973.65 | 0.00 |
| EMERGENCY HEALTHCARE PHYSIC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,400.00 | 1,230.56 | 1,230.56 | 333.64 | 0.00 |
| JOAN MCELLIGOTT DO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA PHYSICIANS FDN | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MED CENTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC CONSULT/ | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| OAK LAWN RADIOLOGISTS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PORONSKY FAMILY PRACTICE LTD | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,700.00 | 2,556.62 | 2,556.62 | 693.18 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,200.00 | 3,053.47 | 3,053.47 | 827.89 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,200.00 | 2,879.74 | 2,879.74 | 780.78 | 0.00 |
| PULMONY & CRITICAL CARE | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONSUL | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST HOSPITALS MRI CENTE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST NEUROLOGICAL CONS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST RADIOLOGISTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPECTRUM BILLING SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SST CARD SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGIST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 400.00 | 241.29 | 241.29 | 66.70 | 0.00 |
| VERIZON WIRELESS | Unsecured | 700.00 | 632.55 | 632.55 | 170.99 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $110,159.49 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$110,159.49** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,870.10** | **$7,014.09** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,785.91 |
| Disbursements to Creditors | $7,014.09 |
| **TOTAL DISBURSEMENTS :** | **$10,800.00** |

**UST Form 101-13-FR-S (09/01/2009)**

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2013                                By: /s/ Tom Vaughn
                                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**